STATE OF NEW JERSEY v. LESTER BETHEA.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MODESTO MENDEZ.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY GOLDBERG.

September 20, 1983.

Petition for certification denied.

E.R. SQUIBB & SONS, INC. v. AMERICAN NATIONAL
RED CROSS.

September 20, 1983.

Petition for certification denied.